UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Guan Hillsman,<br><br>    Plaintiff,<br><br>    v.<br><br>City of East Chicago, Indiana, Frank Smith in his individual capacity, and Sandra Fevela in her individual capacity,<br><br>    Defendants. | Case No. 2:16-CV-480 JVB |

**ORDER**

On July 28, 2017, Magistrate Judge Andrew Rodovich was to hold a Rule 16 Preliminary Pretrial Conference. Because *pro se* Plaintiff Guan Hillsman did not appear, the conference was not held and Magistrate Judge Rodovich ordered Plaintiff to file an affidavit no later than August 14, 2017, as to why he failed to appear. Plaintiff was warned that his failure to do so may result in the dismissal of this case. No affidavit was filed. Accordingly, Magistrate Judge Rodovich submitted a report and recommendation (DE 46) recommending that the Court dismiss this claim. The report and recommendation advised the parties that they had fourteen days to object, but no objections have been filed.

The Court accepts Judge Rodovich's report and recommendation and dismisses Plaintiff's case. Defendants' motion to dismiss (DE 47) is denied as moot.

SO ORDERED on June 8, 2018.

                                                        s/ Joseph S. Van Bokkelen
                                                        JOSEPH S. VAN BOKKELEN
                                                        UNITED STATES DISTRICT JUDGE